OPINION — AG — IF THE SALE OF TANGIBLE PERSONAL PROPERTY, AS DEFINED IN 68 O.S. 1965 Supp., 1302 [68-1302], OCCURS WITHIN THE BOUNDARIES OF A MUNICIPALITY HAVING A SALES TAX, THE TRANSACTION IS TAXABLE. IF THE SALE TRANSPIRES OUTSIDE OF THE CORPORATE LIMITS, THE SALE MAY NOT BE TAXED BY THE MUNICIPALITY EVEN THOUGH THE GOODS ARE SUBSEQUENTLY BROUGHT INTO THE CITY OR TOWN. CITE: 68 O.S. 1965 Supp., 2702 [68-2702], 68 O.S. 1965 Supp., 1301 [68-1301] (JOSEPH MUSKRAT)